KLINE *v.* THE SINNISSIPPI INSURANCE COMPANY.

APPEAL from the *Hendricks* Circuit Court.

FRAZER, J.—There is no question in the record before us. It was a proceeding by complaint for a new trial, in a cause in which judgment by default had been obtained. Answer by general denial; finding for the defendant. Motion for

a new trial, no reasons in writing being filed, overruled, and judgment on the finding. The appellant, however, or the clerk, improperly attaches to the transcript of the cause what seems to be a transcript of the cause in which the original judgment was obtained, and, in argument, directs our attention to errors supposed to be found in that record. We must forego a consideration of those questions until we have an appeal of that cause before us.

The judgment is affirmed, with costs.

*C. C. Nave,* for appellant.

*J. E. McDonald* and *A. L. Roache,* for appellee.